ALBERTO RODRIGUEZ 42,955-02
TDCJ# 819457
3695 FM 3514 - LeBlanc Unit
Beaumont, Texas 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 24 2015

February 19, 2015

Abel Acosta
Clerk

Abel Acosta, Clerk

Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

RE: Tex. Crim. App. Writ No. (unknown)
Trial Court Writ No. (unknown)
Ex parte Alberto Rodriguez, Applicant

Dear Clerk:

I would like to know all information you can provide me with in regarding to my pro se Art 11.07 Application for Writ of Habeas Corpus and in which was transmitted to this clerk's office in approximately 2003. Wherefore I pray that this request is granted.

Thank you and have a blessed day.

Sincerely,

Alberto Rodriguez

AR
CC: File